# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128997

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK EDMUND KOKOWICZ,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128997
COA: 253180
Macomb CC: 03-001498-FC

On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024